UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DIANE DEBOOR,**

                                    **CASE NO.:**    **8-11-cv-00645-EAK-EAJ**

        **Plaintiff,**

**v.**

**PREMIER ORTHOPEDICS, INC., a Florida
Corporation and CARL BAX, Individually,**

        **Defendants.**
_____/

## NOTICE OF FILING AMENDED AFFIDAVIT

Defendants Premier Orthopedics, Inc. and Carl Bax file the attached Amended Affidavit of Debbie Bax.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2012 I am filing this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to opposing counsel.

                                                      s/ Bonita M. Riggens
                                                      Law Office of Bonita M. Riggens
                                                      669 1st Ave. N.
                                                      St. Petersburg, FL 33701
                                                      Phone:    727-898-1401
                                                      Fax:       727-823-7351
                                                      briggens@mindspring.com
                                                      FBN #400424
                                                      Attorney for Defendants

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE DEBOOR,

    Plaintiff,

v.

PREMIER ORTHOPEDICS, INC., a Florida Corporation and CARL BAX, Individually,

    Defendant.

CASE NO.: 8-11-cv-00645-EAK-EAJ

AFFIDAVIT OF DEBBIE BAX

and

AUTHENTICATION OF EXHIBITS

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    PERSONALLY APPEARED before the undersigned officer, duly authorized to administer oaths, DEBBIE BAX, who after being duly sworn, deposes and states as follows:

1. My name is Debbiel Bax. During the time relevant to the issues in the above case, I was the bookkeeper for Premier Orthopedics, Inc. in Hillsborough County, Florida.

2. The last full year DeBoor worked for Premier (2010), she earned $45,686.36 in salary and $26,131.36 in commissions for a total of $71,817.72. Her salary was paid in the biweekly amount of $1,903.59 (which was $878.58 per week).

3. DeBoor earned commissions on the amount of collections she made. She calculated her own commissions. When it was time to be paid, DeBoor calculated her commissions and sent that calculation by email to Carl Bax informing him of the extra amount (in addition to her salary) she was owed in commissions. After a quick review, Carl Bax forwarded the email to me and I entered that amount into Quickbooks and issued a check to her. DeBoor was the only non sales employee who earned commissions.

4. Premier never reduced DeBoor's salary for not working 40 hours a week, nor was her

pay ever reduced for any partial day absences.

5. DeBoor prepared the following monthly reports: Practice Income, Practice Analysis, Claim Summary, CPM Write Off Recap, CPM Income Chart, and her Commission Report which I maintained as business records.

6. DeBoor had the discretion to purchase routine office items, without obtaining anyone's authority, and when I received the bill from her I paid it.

7. DeBoor never told me she believed she was due overtime nor did she ever ask me to pay her overtime.

8. I hereby verify that Exhibit A (4 pages)- "Performance Evaluation Form" is a true and correct copy of the document created by DeBoors and has been maintained by Premier in the usual course of business as a company record.

9. I hereby verify that Exhibit D (4 pages)- "DeBoor Payroll Summaries: 2008-2011" is a true and correct copy of the document created by me in Quickbooks and has been maintained by Premier in the usual course of business as a company record.

FURTHER AFFIANT SAYETH NOT.
THIS 3rd DAY OF JANUARY, 2012

_____
DEBBIE BAX

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 3RD 4th DAY OF JANUARY, 2012 Debbie Bax WHO PRESENTED HIS her DRIVER'S LICENSE TO ME AS IDENTIFICATION.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES:
ROCEPHINE KOYAMA, NOTARY PUBLIC
MY COMMISSION EXPIRES: 2-6-2012

Document Date: 1/3/2012   # Pages: 2
Notary Name: ROCEPHINE G. KOYAMA, Second Circuit
Doc. Description: Affidavit of Debbie Bax and Authentication of exhibits
Date: 1/4/2012
Notary Signature: _____